# Exhibit 1

[REDACTED]

Thanks,

Daniel

[REDACTED]



251 Lead King Drive, Castle Rock, CO 801018 USA
www.hidglobal.com

---

**From:** Mike Conlin <mikeconlin@wavelynxtech.com>
**Date:** Thursday, March 24, 2016 at 3:50 PM
**To:** Daniel Bailin <dbailin@hidglobal.com>
**Cc:** Steve Currie <SCurrie@hidglobal.com>, Hugo Wendling <hugowendling@wavelynxtech.com>
**Subject:** Re: HID WaveLynx License discussions

Hi Daniel,

Thank you for extending this licensing offer to WaveLynx.  I am pleased with your offer to license the '862 patent.

1

With respect to your Corporate 1000 offer, however, I must admit I am a bit confused and think we will need some further discussion on this point. These licensing discussions have been ongoing for several months and this is the first time this topic has been broached by HID. I do, however, remember that along the way you mentioned potential IP in the area of multiple RF protocols within the same frequency (i.e FSK & ASK at 125 kHz).  Why have you not included any mention of that in this offer?

Honestly Dan, this response makes me a bit nervous that HID is not negotiating in good faith here.  Please remember in my last email to you, I specifically mentioned that WaveLynx was interested in avoiding any legal conflicts with HID.  Unless you license all of the IP relevant to prox and multi-frequency readers then this agreement still leaves WaveLynx open to potential claims from HID at a future date.

On the subject of Corporate 1000, let me say that WaveLynx does not recognize that HID holds any legitimate IP there.  That was included in my previous statement that WaveLynx' position was we were unaware of any HID IP protecting 125 kHz.  I am aware that HID has attempted to protect Corporate 1000 through the use of copyright laws.  Let me just say that the principles of WaveLynx have spent a considerable amount of time studying this and we are quite comfortable with our position that no court would ever award HID a victory when attempting to prosecute this concept.

Having said that, in the spirit of cooperation and in an attempt to give something and allow a win win in this discussion, WaveLynx would be willing to consider taking a license.  This license would have to be for Corporate 1000 as well as any other of HID's potential IP for 125 kHz or multi-frequency readers at a cost of $0 per reader.  This would allow HID to make a press release to the public stating that WaveLynx has licensed HID IP.  This could provide HID with the benefit of the market's perception that there actually was legitimate IP there.  Please keep in mind that an endorsement of HID's "IP" from WaveLynx would certainly hold a lot of clout in the marketplace.

Please let me know your response to this email at your earliest convenience.

Thanks Daniel,

Best Regards,
Mike


**Mike Conlin**
*WaveLynx Technologies*
*www.wavelynxtech.com*
*tel 303 589 5623*


On Tue, Mar 22, 2016 at 8:04 AM, Daniel Bailin <dbailin@hidglobal.com> wrote:
> Hi Mike,
>
> We would like to extend an offer to WaveLynx to license the use of HID IP related to RFID readers.  The IP would comprise the following:
>
> - Use of 862 patent for multi-frequency readers
> - Use of Corporate 1000 (C1000) format when reading cards with that format
>
> We have previously discussed the 935 patent.   However, it expires in a few months so have not included it.
>
> The fee for use of the IP would be [redacted].  I expect you will have some further questions about details, and we're happy to discuss them.  But first, we would like to verify that, in principle, this model would be acceptable to WaveLynx.
>
> I've added my colleague, Steve Currie, who manages our embedded solutions business as his team manages our licensing activities.  However, in the near term, I will continue to be your main point of contact.
>
> We look forward to your reply.
>
> Best regards,

2

Daniel

**Daniel Bailin**
Director Strategic Business Development and Innovation, PACS BU
Office: +1 512 776 9208 | Mobile: +1 303 717 9286
dbailin@hidglobal.com



251 Lead King Drive, Castle Rock, CO 801018 USA
www.hidglobal.com

---

**From:** Mike Conlin <mikeconlin@wavelynxtech.com>
**Date:** Monday, March 21, 2016 at 2:51 PM
**To:** Daniel Bailin <dbailin@hidglobal.com>
**Subject:** Re: HID WaveLynx License discussions

Hi Daniel,

Any progress?

Thanks,

Mike Conlin
*WaveLynx Technologies*
*www.wavelynxtech.com*
*tel 303 589 5623*

On Wed, Mar 16, 2016 at 2:24 PM, Daniel Bailin <dbailin@hidglobal.com> wrote:
> Hi Mike,
>
> I have an internal call this evening to discuss.
>
> Daniel
>
> **Daniel Bailin**
> Director Strategic Business Development and Innovation, PACS BU
> Office: +1 512 776 9208 | Mobile: +1 303 717 9286
> dbailin@hidglobal.com
>
> 
>
> 251 Lead King Drive, Castle Rock, CO 801018 USA
> www.hidglobal.com

---

**From:** Mike Conlin <mikeconlin@wavelynxtech.com>
**Date:** Wednesday, March 16, 2016 at 1:52 PM
**To:** Daniel Bailin <dbailin@hidglobal.com>
**Subject:** Re: Automatic reply: HID WaveLynx License discussions

Hi Daniel,

Can you please put me in touch with the right person to discuss licensing the appropriate IP around LF & HF combined readers?

Thanks,


**Mike Conlin**
*WaveLynx Technologies*
*www.wavelynxtech.com*
*tel 303 589 5623*


On Thu, Mar 10, 2016 at 3:41 PM, Daniel Bailin <dbailin@hidglobal.com> wrote:
> I am out of the country this week on business travel.  Please excuse my delayed response.