**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELEWARE**

| | |
|---|---|
| HID GLOBAL CORPORATION, and ASSA ABLOY AB, | ) ) ) ) |
| Plaintiffs, | ) )   Case No. 1:22-cv-362-VAC |
| v. | ) ) )   **JURY TRIAL DEMANDED** |
| WAVELYNX TECHNOLOGIES CORPORATION, | ) ) ) |
| Defendant. | ) ) |

**FIRST AMENDED COMPLAINT FOR PATENT INFRINGEMENT**

Plaintiffs HID Global Corporation and ASSA ABLOY AB (collectively, "Plaintiffs")

hereby file this First Amended Complaint and demand for a jury trial seeking relief for patent

infringement by Defendant WaveLynx Technologies Corporation ("WaveLynx"). Plaintiffs

state and allege the following:

**NATURE OF THE ACTION**

1.      Plaintiffs and WaveLynx compete in the physical access control systems

("PACS") industry. Plaintiffs are a leader in the PACS industry, and have developed a

valuable ecosystem of products and acquired patents on this technology. WaveLynx has

improperly made use of Plaintiffs' patented technology, including United States Patent Nos.

7,439,862 (the "'862 patent") and 8,943,562 (the "'562 patent") (collectively "the Patents in

Suit"). This infringement has resulted in Plaintiffs bringing this Complaint to hold

WaveLynx responsible for its wrongdoing and to protect Plaintiffs' innovations.

**THE PARTIES**

2.      Plaintiff HID Global Corporation ("HID") is a Delaware corporation, with its

principal place of business at 611 Center Ridge Drive, Austin, TX 78753.

3.     Plaintiff ASSA ABLOY AB ("AAAB") is a company organized under the laws of Sweden with its principal place of business at Klarabergsviadukten 90, Stockholm, 111 64, Sweden.

4.     On information and belief, WaveLynx Technologies Corporation is a Delaware corporation with its principal place of business at 100 Technology Drive Suite B130, Broomfield, CO, 80021.

## JURISDICTION AND VENUE

5.     This is an action for patent infringement arising under the patent laws of the United States, 35 U.S.C. § 271 *et seq*. This Court has subject matter jurisdiction over this action under 28 U.S.C. §§ 1331 and 1338.

6.     This Court has jurisdiction over WaveLynx because it is incorporated in this judicial district.

7.     Venue is proper in this judicial district under 28 U.S.C. § 1400(b) because WaveLynx is incorporated in this judicial district.

## BACKGROUND

8.     AAAB is the parent company of several entities worldwide that are leaders in the delivery of secure identity solutions for millions of customers throughout the world. These identity solutions are used in a variety of applications, including physical access control, logical access control, access card printing and personalization, highly secure government identification, and animal identification. These products, solutions, and services are sold through a well-established network of OEMs, developers, systems integrators, and distributors worldwide. End users of these products, solutions, and services include businesses and organizations in virtually all industry sectors, including government, healthcare, retail, industrial, commercial, consumer, airports, ports, finance, and education. AAAB is the

2

ultimate parent company of HID.

9.  HID is a worldwide leader in trusted identity solutions. Its products range from physical access products, like ID cards and readers for opening doors, to solutions for accessing digital networks, verifying transactions, and tracking assets. Millions of people around the world use HID products and services to navigate their everyday lives, and over 2 billion things are connected through HID technology. HID Global has over 4,500 employees worldwide and operates international offices that support more than 100 countries.

10.  HID serves its clients by providing various products and solutions for a wide array of industries throughout the United States and across the globe.

11.  HID is an innovator in the PACS industry. Many of the concepts and technologies used in today's PACS originated from HID. For example, in 2008, HID and Mercury Security were the original developers[1] of the Open Supervised Device Protocol ("OSDP"), which is a bidirectional communication protocol between an access control reader and control panel to replace older, less secure unidirectional Wiegand communications protocol. *See* https://www.securityindustry.org/2012/10/02/security-industry-association-releases-sia-osdp-protocol/ and https://www.hidglobal.com/doclib/files/resource_files/plt-04025_a.0_-_hid-mercury_osdp_faq.pdf at 5. HID and Mercury Security (which HID acquired in 2017) are market-leading suppliers of OSDP access control panels. OSDP is now widely used standard within the PACS industry to facilitate access control communications and improve interoperability in modern day PACS.

12.  WaveLynx is also a business providing PACS, including access control readers that operate over multiple communication standards and radio frequencies. WaveLynx was

---

[1] Codebench Inc. was a contributor to the OSDP standard development, and was acquired by HID in 2013.

founded and is led by former HID employees, namely Jean-Hughes "Hugo" Wendling (CEO),

Mike Conlin (COO), and Mike Malone (Senior Product Architect). WaveLynx competes with

HID, and sells and seeks to sell its radio frequency identification ("RFID") readers to various

industry sectors, including those to which HID sells its products. As set forth below, certain

WaveLynx products infringe the inventions that are disclosed and protected by the Patents in

Suit.

      13.     As former employees of HID, WaveLynx's founders were familiar with the

technology developed and patented by HID. In fact, Mike Malone is named as an inventor on

multiple patents assigned to Plaintiffs, including patents related to multi-frequency PACS

readers, which is the subject of the '862 patent. WaveLynx knew the '862 patent at least as early

as March 16, 2016, when it sought to license the '862 patent from Plaintiffs. Specifically, on

March 16, 2016, Mike Conlin of WaveLynx contacted HID "to discuss licensing the appropriate

IP around LF [low frequency] & HF [high frequency] combined readers." Ex. 1 at 3-4 (March

16, 2016 Email from Conlin to Bailin). On March 22, 2016, Plaintiffs offered WaveLynx a

license to the '862 patent. Ex. 1 at 1-3 (March 22, 2016 Email from Bailin to Conlin). On

information and belief, WaveLynx sought to license the '862 patent from Plaintiffs because

WaveLynx knew that its products infringe the claims of the '862 patent. Specifically, in

responding to Plaintiffs' license offer, Mike Conlin (with Hugo Wendling on copy) stated that

"Unless you license all of the IP relevant to prox and multi-frequency readers then this

agreement still leaves WaveLynx open to potential claims from HID at a future date." Ex. 1 at 2-

3 (March 24, 2016 Email from Conlin to Bailin). WaveLynx, however, ultimately failed to

obtain a license to the '862 patent or any other IP relevant to multi-frequency readers. On

information and belief, WaveLynx has not has not taken any affirmative steps to avoid infringing

the '862 patent.

## THE PATENTS-IN-SUIT

14.     AAAB is the assignee of the '862 patent entitled "Antenna Array For An RFID Reader Compatible With Transponders Operating At Different Carrier Frequencies," issued on October 21, 2008. *See* Ex. 2 ('862 patent). HID is the licensee of the '862 patent.

15.     The '862 Patent generally discloses, among other things, a RFID reader that includes at least two reader antennas that operate at different carrier frequencies. The reader antennas are arranged in a configuration that optimizes performance of the RFID system, while maintaining a compact size.

16.     AAAB is the assignee of United States Patent No. 8,943,562 (the "'562 patent") entitled "Secure Wiegand Communications," issued on January 27, 2015. *See* Ex. 3 ('562 patent). HID is the licensee of the '562 patent.

17.     The '562 Patent generally discloses, among other things, a credential reader capable of operating in a first mode and a second mode. The credential reader is capable of switching from a first mode to a second mode based on a message received from an upstream device. An advantage of the '562 patent is that two-way, packet mode communications can be achieved on existing hardware and wiring built for unidirectional Wiegand communication.

## WAVELYNX'S INFRINGING PRODUCTS

18.     WaveLynx knew that Plaintiffs' patented technology drive customer demand and are important to success in the PACS marketplace. Rather than invest in the expensive and time-consuming process necessary to develop its own technologies, WaveLynx decided to take a shortcut by improperly using Plaintiffs' proprietary technologies without Plaintiffs' consent, and even touted features incorporating Plaintiffs' technologies as key distinguishing features in attempts to sell WaveLynx products that compete directly with Plaintiffs' products.

19.     WaveLynx's infringing products include WaveLynx's Ethos Readers, which

incorporate Plaintiffs' patented multi-tech contactless access control technology to allow the readers to communicate over multiple frequencies and Plaintiffs' patented technology that allow the reader to switch between different modes of operation.

20. WaveLynx advertises its Ethos Readers as "multi-technology contactless access control readers" able to securely communicate data over multiple standard communications technologies. Ex. 4 (WaveLynx Ethos Datasheet *available at* https://wavelynxtech.com/wp-content/uploads/2022/03/WL-EN-Ethos-Readers-DS-3.8-031022-1.pdf) at 1. Such technologies include Proximity (125 kHz) Smart (13.56 MHz), often referred to respectively as low frequency/LF and high frequency/HF cards in the PACS industry, as well as Near-field communication (NFC) and Bluetooth[2]":



---

[2] The Bluetooth standard uses ultrahigh frequency (UHF) radio waves in the Industrial, Scientific and Medical (ISM) bands, i.e., 2.400–2.483.5 GHz. Notably, none of WaveLynx's equipment authorizations from the Federal Communications Commission ("FCC") include a grant of authority to operate in the ISM band.

Ex. 4 (WaveLynx Ethos Datasheet) at 1.

| FEATURES | Mullion Model ET10 | Single Gang Model ET20 | Keypad Model ET25 |
|---|---|---|---|
| **RF Technologies** | **Part Number** | **Part Number** | **Part Number** |
| 13.56 MHz | ET10-2WS | ET20-2WS | ET25-2WS |
| 125 kHz & 13.56 MHz | ET10-3WS | ET20-3WS | ET25-3WS |
| 13.56 MHz & Mobile | ET10-6WS | ET20-6WS | ET25-6WS |
| 125 kHz, 13.56MHz, & Mobile | ET10-7WS | ET20-7WS | ET25-7WS |

Ex. 4 (WaveLynx Ethos Datasheet) at 2.

21.     At least ET10-3, ET20-3, ET25-3, ET10-7, ET20-7, and ET25-7 models of WaveLynx's Ethos Readers (collectively "LF/HF Readers") support HF (13.56 MHz) and LF (125 kHz) credentials. Of the LF/HF Readers, at least ET10-7, ET20-7, and ET25-7 models interoperate with NFC and Bluetooth communication protocols used in mobile devices, such as smartphones (collectively "LF/HF/Mobile Readers"). Further, ET10-5, ET20-5, and ET-25 models of WaveLynx's Ethos Readers (collectively "LF/Mobile Readers") support LF and Bluetooth credentials. Additionally, ET10-6, ET20-6, and ET25-6 models of WaveLynx's Ethos Readers (collectively "HF/Mobile Readers") also support HF, NFC, and Bluetooth credentials.

22.     At least the LF/HF/Mobile Readers, LF/Mobile Readers, and HF/Mobile Readers (collectively "Mobile Readers") interoperate with WaveLynx's MyPass Mobile. In particular, WaveLynx's MyPass Mobile is a mobile application that "securely stores your MyPass ID and communicates it securely to your access control system for authentication." Ex. 5 (MyPass Mobile Datasheet *available at* https://wavelynxtech.com/wp-content/uploads/2020/07/WL-EN-MyPass-Mobile-Credentials-DS-1.2-07072020.pdf) at 1. WaveLynx's MyPass Mobile interacts with the Mobile Readers to allow control of the door controller. Ex. 5 (MyPass Mobile

Datasheet) at 1.



Ex. 5 (MyPass Mobile Datasheet) at 1. On information and belief, WaveLynx charges a price premium for its Mobile Readers compared to the non-mobile-capable readers.

23.    All WaveLynx Ethos Readers also offer LEAF credential support. Ex. 4 (WaveLynx Ethos Datasheet) at 1. LEAF is an open standard for credentials, which allows for end user customization of cryptographic keys. Ex. 6 (Smart Credentials *available at* https://wavelynxtech.com/products/smart-access-control-credentials/) at 2-4. Through WaveLynx's Key Management service, WaveLynx allows its customers to manage their own LEAF Custom Cryptographic (LEAF Cc) keys. Ex. 7 (WaveLynx Key Management *available at* https://wavelynxtech.com/products/key-management/) at 1. In particular, WaveLynx's Key Management "makes owning your keys and provisioning them to devices of your choices an easy process to deploy." Ex. 7 (WaveLynx Key Management) at 1.

24.    On information and belief, WaveLynx sells its Ethos Readers bundled with the MyPass Mobile or Key Management services. On information and belief, WaveLynx charges a price premium for WaveLynx's Ethos Readers bundled with the MyPass Mobile or Key Management services.

25.    WaveLynx further promotes the Ethos Readers as being capable of automatically switching between different modes of communication with the access control panel. The suffix "WS" in the Ethos Reader model numbers stand for Wiegand (unidirectional) and **S**erial

8

(bidirectional) communication protocols. *See* Ex. 8 (WaveLynx Reader Order Guide *available at*

https://wavelynxtech.com/wp-content/uploads/2020/01/Reader-Order-Guide-3.2.pdf) at 1. All

Ethos Readers "with the WS designator and with firmware package 210 (and above) support

OSDP® auto-detect" (collectively "OSDP Auto-Detect Readers"):

## OSDP AUTO-DETECT FEATURE

The Ethos® Contactless Access Readers offer the patent-pending 'OSDP® auto-detect' feature.
This feature makes the readers automatically configure themselves from **Wiegand communication mode to OSDP communication mode, over the same two green and white wires.**
All reader part numbers with the <u>WS</u> designator and with firmware package 210 (and above) support OSDP® auto-detect.  These readers are listed in the table below:

| ET10 Mullion Reader | ET10-WS1 | ET10-WS2 | ET10-WS3 | ET10-WS5 | ET10-WS6 | ET10-WS7 |
|---|---|---|---|---|---|---|
| ET20 Single Gang Reader | ET20-WS1 | ET20-WS2 | ET20-WS3 | ET20-WS5 | ET20-WS6 | ET20-WS7 |
| ET25 Keypad Reader | ET25-WS1 | ET25-WS2 | ET25-WS3 | ET25-WS5 | ET25-WS6 | ET25-WS7 |
| Credential technologies | 125 kHz | 13.56 MHz | 13.56 MHz, 125 KHz | Bluetooth®, 125 kHz | Bluetooth®, 13.56 MHz | Bluetooth®, 13.56 MHz, 125 kHz |

Ex. 9 (OSDP Auto-Detect & Reader Reset Sequence *available at* https://wavelynxtech.com/wp-

content/uploads/2020/01/Ethos-OSDP-autodetect-and-Reset-Sequence-App-note-revA.pdf) at 1.

26.     WaveLynx's misappropriation of Plaintiffs' technologies has been crucial to WaveLynx's

attempts to compete with Plaintiffs. For example, WaveLynx introduces WaveLynx's Ethos

Readers by touting the "multi-technology contactless" technology that WaveLynx previously

attempted to license. Ex. 4 at 1. WaveLynx's OSDP Autodetect functionality, which improperly

uses another of Plaintiffs' patents is described as "a breakthrough in wall mount reader design."

Ex. 10 (Access Control Innovation *available at* https://wavelynxtech.com/company/access-

control-innovation/) at 1.

## COUNT I: INFRINGEMENT OF THE '862 PATENT

27.     Plaintiffs hereby incorporate by reference and reallege their allegations contained

in all of the preceding paragraphs of this Complaint as though fully set forth herein.

28.     Upon information and belief, WaveLynx has infringed and continues to infringe, either literally or under the doctrine of equivalents, at least claims 1–4 of the '862 patent pursuant to 35 U.S.C. §§ 271(a), (b), and (c) by making, using, offering to sell, or selling in the United States WaveLynx's Ethos Readers.

29.     Claim 1 of the '862 patent is generally directed to a RFID reader that is able to communicate over different frequencies. Claim 1 recites:

> An antenna array for an RFID reader comprising:
>
> a first reader antenna tuned to operate at a first low carrier frequency enabling data communication with a first transponder transmitting data signals at said first low carrier frequency; and
>
> a second reader antenna tuned to operate at a second high carrier frequency different from said first low carrier frequency enabling data communication with a second transponder transmitting data signals at said second high carrier frequency, wherein the first and second antennas are oriented along axes that are substantially parallel to one another.

30.     Claim 2 recites:

> The antenna array of claim 1, wherein said first low carrier frequency is nominally 125 kHz.

31.     Claim 3 recites:

> The antenna array of claim 2, wherein said second high carrier frequency is about 13.56 MHz.

32.     Claim 4 recites:

> The antenna array of claim 1, further comprising a reader housing containing said first and second antennas.

33.     At least the LF/HF Readers infringe at least claims 1–4 of the '862 patent, as illustrated in an exemplary claim chart attached hereto as Ex. 11. The radio frequencies over which WaveLynx's Ethos Readers are able to communicate include at least 13.56 MHz and 125 kHz. For example, the ET10-7 includes an antenna array on the back that is able to communicate

at a low carrier frequency.



ET10 Internal 1 (back of reader)

Two views of same product shown.

Ex. 12 (WaveLynx ET-10 Internal Photos Submitted by WaveLynx to FCC for equipment certification, FCCID 2AEI3WLTC-ET10-1357, April 9, 2018) at 1.

34.     The ET10-7 also includes an antenna array on the front that is able to communicate at a high carrier frequency.



| | ET10 Internal 2 (front of reader) |

Ex. 12 at 1.

35.     The antenna tuned for low carrier frequency and the antenna tuned for high carrier frequency are orientated along axes that are substantially parallel to one another. For example, the antennas on the ET10-7 are located along either side of the PCB board for the reader.

36.     WaveLynx's Ethos Readers also include a reader housing that contains both antennas. For example, the ET10-7 has a reader housing that houses the PCB board on which the antenna tuned for low frequency communication and the antenna tuned for high frequency communication are located.



|  | ET10 External 1 (front of reader) |
|---|---|

Ex. 13 (FCC ID: 2AEI3WLTC-ET10-1357, April 9, 2018, WaveLynx ET-10 External Photos Submitted by WaveLynx to FCC) at 1. Thus, at least WaveLynx's Ethos Readers directly infringe at least claims 1–4 of the '862 patent.

37.     Upon information and belief, WaveLynx has actively induced and continues to actively induce others, including third party vendors, who customize, use, and resell WaveLynx's Ethos Readers in the United States, to directly infringe claims of the '862 patent. On information and belief, purchasers who use WaveLynx's Ethos Readers make routine use of WaveLynx's Ethos Readers in a manner that directly infringes claims of the '862 patent, including at least claims 1–4. WaveLynx has had actual knowledge of the '862 patent at least as of March 16, 2016, the date when WaveLynx sought to license the '862 patent from Plaintiffs. Further, on information and belief, in light of the above, WaveLynx has provided and continues to provide at least manuals, training materials, technical support, or other support, to encourage

others, such as third party vendors, to perform acts that directly infringe at least claims 1–4 of the '862 patent either with specific intent that the third parties infringe the '862 patent or knowing that there was a high probability that the third parties would infringe the '862 patent while remaining willfully blind to the infringing nature of the third parties' actions. By way of example, WaveLynx provides online Portal Access to third parties to support its products.



Ex. 14 (WaveLynx Homepage *available at* https://wavelynxtech.com/) at 1. WaveLynx also provides manuals for WaveLynx's Ethos Readers. *See* Ex. 15 (WaveLynx Single Gang Installation Guide *available at* https://wavelynxtech.com/wp-

content/uploads/2021/10/WaveLynx-SG-KP-Install-Guide-Rev-3.4.pdf); Ex. 16 (WaveLynx

Mullion Installation Guide *available at* https://wavelynxtech.com/wp-

content/uploads/2021/10/WaveLynx-Mullion-Install-Guide-Rev-3.4.pdf).

38.     Upon information and belief, WaveLynx has contributed and continues to

contribute to infringement of the claims of the '862 patent, including at least claims 1–4, by

others, including third party vendors, who customize, use, and resell WaveLynx's Ethos

Readers, by providing WaveLynx's Ethos Readers, which are specially made or adapted for use

in an infringement of claims 1–4 of the '862 patent and are not staple articles of commerce

suitable for substantial noninfringing use. WaveLynx has had actual knowledge of the '862

patent at least as of March 16, 2016, the date when WaveLynx sought to license the '862 patent

from Plaintiffs. In light of these allegations, WaveLynx had knowledge that WaveLynx's Ethos

Readers were specially made or adapted for use in an infringement of the '862 patent and are not

a staple article of commerce suitable for substantial noninfringing use.

39.     As a result of WaveLynx's ongoing and continuous unlawful infringement of the

'862 patent, Plaintiffs have suffered and will continue to suffer damages, including but not

limited to lost profits for direct and convoyed sales. Plaintiffs are entitled to recover from

WaveLynx compensation and monetary relief to the fullest extent allowed by law, which has yet

to be determined.

40.     Any sales, offers for sale, or uses by WaveLynx of WaveLynx's Ethos Readers

demonstrate a deliberate and conscious decision to infringe the '862 patent or, at the very least, a

reckless disregard of Plaintiffs' patent rights. Given WaveLynx knew of the '862 patent and

sought a license to the '862 patent from Plaintiffs, WaveLynx's infringement is willful and

Plaintiffs are entitled to treble damages and attorney's fees and costs incurred in this action,

along with prejudgment interest under 35 U.S.C. §§ 284, 285.

41.     WaveLynx will continue to infringe the '862 patent unless and until it is enjoined by this Court. WaveLynx's acts of infringement have caused and will continue to cause irreparable harm to Plaintiffs until enjoined by this Court.

## COUNT II: INFRINGEMENT OF THE '562 PATENT

42.     Plaintiffs hereby incorporate by reference and reallege their allegations contained in all of the preceding paragraphs of this Complaint as though fully set forth herein.

43.     Upon information and belief, WaveLynx has infringed and continues to infringe, either literally or under the doctrine of equivalents, at least claim 1 of the '562 patent pursuant to 35 U.S.C. §§ 271(a), (b), and (c) by making, using, offering to sell, or selling in the United States WaveLynx's Ethos Readers.

44.     Claim 1 of the '562 patent is generally directed to a method whereby a personal security device gains access to a secure host device by securely releasing a credential. Claim 1 recites:

> 1. A communication method, comprising:
>
> operating a credential reader in a first mode of operation, the credential reader comprising at least one of a microprocessor and firmware that enable the credential reader to operate in the first mode of operation;
>
> receiving, at a communication interface of the credential reader, a message from an upstream device;
>
> determining, by the credential reader, that the message was transmitted by the upstream device; and
>
> based on determining that the message was transmitted by the upstream device, transitioning the credential reader from the first mode of operation to a second mode of operation, wherein the first mode comprises a non-secure Wiegand mode and wherein the second mode comprises at least one of a secure Wiegand mode and a packet-mode.

45.     As noted above, WaveLynx's Ethos Reader models number that end with "WS" suffix (collectively "OSDP Auto-Detect Readers") indicates that it has the OSDP Auto-detect feature:

| ET10 Mullion Reader | ET10-WS1 | ET10-WS2 | ET10-WS3 | ET10-WS5 | ET10-WS6 | ET10-WS7 |
|---|---|---|---|---|---|---|
| ET20 Single Gang Reader | ET20-WS1 | ET20-WS2 | ET20-WS3 | ET20-WS5 | ET20-WS6 | ET20-WS7 |
| ET25 Keypad Reader | ET25-WS1 | ET25-WS2 | ET25-WS3 | ET25-WS5 | ET25-WS6 | ET25-WS7 |
| Credential technologies | 125 kHz | 13.56 MHz | 13.56 MHz, 125 KHz | Bluetooth®, 125 kHz | Bluetooth®, 13.56 MHz, | Bluetooth®, 13.56 MHz, 125 kHz |
| Reset Sequence A | Amber Flash | Green Flash | Green Flash Amber Flash | Red Flash Amber Flash | Red Flash Green Flash | Red Flash Green Flash Amber Flash |
| Reset Sequence B | 2 beeps (with a green LED Flash) indicate OSDP communication mode, or 4 beeps beeps (with a green LED Flash) indicate Wiegand communication mode (with OSDP auto-detect) | | | | | |

Ex. 9 (OSDP Auto-Detect & Reader Reset Sequence) at 2.

46.     Use of any OSDP Auto-Detect Readers infringe at least claim 1 of the '562 patent, as illustrated in an exemplary claim chart attached hereto as Ex. 17.

47.     WaveLynx's OSDP Auto Detect Readers allows the reader to detect OSDP communications and automatically switch from Wiegand to OSDP protocols.

OSDP™ Autodetect®

We are excited to announce a breakthrough in wall mount reader design. We offer a unique patented feature known as OSDP™ Autodetect®. We have invented a way to significantly simplify the transition from Wiegand to OSDP™. We have designed an auto-detection feature into our readers, further enriching the concept of not having to touch the reader again once it is installed. WaveLynx believes that all Physical Access Control Systems (PACS) will be communicating via OSDP™ eventually, so we have designed an OSDP™ auto detect feature, facilitating the automatic conversion from Wiegand protocol to OSDP™ using the existing wiring when the access control panel hardware is communicating in OSDP.

Ex. 10 (Access Control Innovation) at 2. Notably, WaveLynx promotes its OSDP Autodetect feature as allowing the use of existing wiring. Upon information and belief, WaveLynx's reference to "existing wiring" means Wiegand wiring, which facilitates unidirectional

communication from the reader to the access control panel.

**What is the purpose of the 'OSDP® auto-detect' feature?**
<u>All you need is one reader:</u> for OSDP panels, Wiegand panels, and for a seamless transition from a Wiegand panel to an OSDP panel.
<u>Simply connect the green and white wires for either communication protocol:</u>  The reader communicates with any Wiegand panel out-of-the-box, and automatically upgrades to OSDP when it receives an OSDP message, without having to physically reconfigure, rewire or even touch the reader.  For enhanced security, once the reader transitions to OSDP communication mode, it will no longer revert back to Wiegand communication mode.

Ex. 9 (OSDP Auto-Detect & Reader Reset Sequence) at 2.

48.    As described in the '562 patent, "[o]ne compelling aspect of the present invention is that it yields so many benefits without dramatically altering the Wiegand protocol. Not only are existing deployed hardware and wiring unchanged but the size and therefore the transmission properties of the message are not significantly changed." Ex. 3 ('562 patent) at 14:1–5.

49.    WaveLynx's OSDP Auto-Detect Readers include firmware running on a microprocessor. Specifically, WaveLynx's OSDP Auto-Detect Readers include at least the Microchip ATSAMD20J18 ARM Cortex M0 chip.

50.    The OSDP Auto-Detect Readers "automatically configure themselves from Wiegand communication mode to OSDP communication mode":

## OSDP AUTO-DETECT FEATURE

The Ethos® Contactless Access Readers offer the patent-pending 'OSDP® auto-detect' feature.
This feature makes the readers automatically configure themselves from **Wiegand communication mode to OSDP communication mode, over the same two green and white wires.**

Ex. 9 (OSDP Auto-Detect & Reader Reset Sequence) at 1. The firmware for WaveLynx's OSDP Auto-Detect Readers defaults the readers, at power up, to using Wiegand mode for the communication of credential and keypad data. WaveLynx states that its OSDP Auto-Detect Reader "communicates with any Wiegand panel out-of-the-box," Ex. 9 (OSDP Auto-Detect & Reader Reset Sequence) at 2, and "4 beeps" during power-up sequence indicates that it is in the

18

"Wiegand communication mode (with OSDP Auto-detect)." *Id.* This Wiegand mode with OSDP

Autodetect is described as the default, starting mode for OSDP Auto-Detect Readers:

**Installation tips:**
- By default, the reader will transmit credential and keypad data in Wiegand communication mode.
- The reader always be listening for an incoming OSDP message. If a message is received during this period, the reader will automatically switch to OSDP-only communication mode.
- When connecting the reader to an OSDP panel connect the Green wire to RS485A(TR+), and the White wire to RS485B (TR-).
- To return to OSDP auto-detect mode (default mode), tilt the reader 45 degrees to simulate tamper and cycle power in this state. The power up sequence should indicate OSDP auto-detect with 4 beeps.
- In OSDP the readers default baud rate is 9600 and starts up at Address 0.  Baud rate and Address can be reset by performing the same tamper startup mentioned above.
- Once the reader's default OSDP Key has been changed, only the panel can relink to a new OSDP Key.

Ex. 15 (WaveLynx Single Gang Installation Guide) at 2; *see also* Ex. 16 (WaveLynx Mullion

Installation Guide) at 2. WaveLynx's OSDP Auto-Detect Readers then listen for an incoming

OSDP message from an OSDP control panel. If the OSDP message is received before the first

credential or keypad entry, the OSDP message will cause the WaveLynx Ethos Readers to

switch to OSDP-only mode. OSDP is a two-way packet-based communication protocol. Thus,

WaveLynx's Ethos Readers directly infringe at least claim 1 of the '562 patent.

**How does the reader detect OSDP?**

By default (out-of-the-box) the reader will transmit credential and keypad data in Wiegand communication mode.  Upon each power up, and before the reader reads a credential or a key is pressed, the reader will be listening for an incoming OSDP message.  If a message is received during this period, the reader will automatically, and <u>permanently</u> switch to OSDP communication mode.  This diagram describes how this feature works:



Ex. 9 (OSDP Auto-Detect & Reader Reset Sequence) at 2.

51.     Upon information and belief, WaveLynx has actively induced and continues to actively induce others, including third party vendors, who customize, use, and resell WaveLynx's Ethos Readers in the United States, to directly infringe claims of the '562 patent. On information and belief, use of WaveLynx's Ethos Readers directly infringe at least claim 1 of the '562 patent. WaveLynx has had actual knowledge of the '562 patent at least as of June 12, 2022, the date on which this complaint is filed. Further, on information and belief, in light of the above, WaveLynx has provided and continues to provide at least manuals, training materials, technical support, or other support, to encourage others, such as third party vendors, to perform acts that directly infringe at least claim 1 of the '562 patent either with specific intent that the third parties infringe the '562 patent or knowing that there was a high probability that the third parties would infringe the '562 patent while remaining willfully blind to the infringing nature of

the third parties' actions. By way of example, WaveLynx provides online Portal Access to third parties to support its products.



Ex. 14 (WaveLynx Home Page). WaveLynx also provides manuals for WaveLynx's Ethos Readers. *See* Ex. 15 (WaveLynx Single Gang Installation Guide); Ex. 16 (WaveLynx Mullion Installation Guide).

52.     Upon information and belief, WaveLynx has contributed and continues to contribute to infringement of the claims of the '562 patent, including at least claim 1, by others, including third party vendors, who customize, use, and resell WaveLynx's Ethos Readers, by

providing WaveLynx's Ethos Readers, which are specially made or adapted for use in an infringement of claim 1 of the '562 patent and are not staple articles of commerce suitable for substantial noninfringing use. WaveLynx has had actual knowledge of the '562 patent at least as of June 12, 2022, the date on which this complaint is filed. In light of these allegations, WaveLynx had knowledge that WaveLynx's Ethos Readers were specially made or adapted for use in an infringement of the '562 patent and are not a staple article of commerce suitable for substantial noninfringing use.

53.     As a result of WaveLynx's ongoing and continuous unlawful infringement of the '562 patent, Plaintiffs have suffered and will continue to suffer damages, including but not limited to lost profits for convoyed sales. Plaintiffs are entitled to recover from WaveLynx compensation and monetary relief to the fullest extent allowed by law, which has yet to be determined.

54.     Any sales, offers for sale, or uses by WaveLynx of WaveLynx's Ethos Readers demonstrate a deliberate and conscious decision to infringe the '562 patent or, at the very least, a reckless disregard of Plaintiffs' patent rights.

55.     WaveLynx will continue to infringe the '562 patent unless and until it is enjoined by this Court. WaveLynx's acts of infringement have caused and will continue to cause irreparable harm to Plaintiffs until enjoined by this Court.

## MARKING

56.     Plaintiffs have marked products with the '862 patent number in compliance with 35 U.S.C. § 287.

## EXCEPTIONAL CASE

57.     This case is exceptional against WaveLynx.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs respectfully request that this Court:

a. For a judgment declaring that WaveLynx has infringed one or more claims of the '862 and '562 patents directly, contributorily, and by inducement;

b. For a judgment declaring that WaveLynx's infringement of the '862 patent is willful pursuant to 35 U.S.C. § 284;

c. For a grant of an injunction pursuant to 35 U.S.C. § 283, enjoining WaveLynx together with its respective officers, directors, agents, servants, employees, and attorneys, and upon those persons in active concert or participation with them from infringing the '862 and '562 patents by engaging in any commercial manufacture, use, offer to sell, or sale within the United States, or importation into the United States, of any product covered by the '862 and '562 patents for the full terms thereof or any additional period of exclusivity to which Plaintiffs or the '862 and '562 patents are or become entitled, and from inducing or contributing to such activities;

d. The entry of an order declaring that Plaintiffs be awarded damages in an amount sufficient to compensate them for WaveLynx's infringement of the '862 and '562 patents, together with prejudgment and post-judgment interest and costs;

e. That WaveLynx be ordered to provide an accounting for the damages resulting from infringement of each of the '862 and '562 patents, together with interests and costs, and all other damages permitted by 35 U.S.C. § 284, including an accounting for infringing acts not presented at trial and an award by the court of additional damages for any such infringing acts;

f. For a judgment declaring that this case is exceptional and awarding Plaintiffs their expenses, costs, and attorneys' fees in accordance with 35 U.S.C. § 285, Rule 54(d) of the Federal Rules of Civil Procedure, and all other applicable statutes, rules, and common law;

g. The taxation of all allowable costs against WaveLynx; and

h.      For such other and further relief as the Court deems just and proper under the circumstances.

## DEMAND FOR A JURY TRIAL

Pursuant to Federal Rule of Civil Procedure 38(b), Plaintiffs hereby request a trial by jury of all issues so triable.

Dated: June 12, 2022

FISH & RICHARDSON P.C.

By: */s/ Martina Tyreus Hufnal*

Martina Tyreus Hufnal (#4771)
222 Delaware Avenue, 17th Floor
Wilmington, DE 19801
(302) 652-5070
hufnal@fr.com

Christopher Marchese
12860 El Camino Real, Suite 400
San Diego, CA 92130
(858) 678-5070
marchese@fr.com

Linhong Zhang (#5083)
Fish & Richardson P.C.
1000 Maine Ave, SW
Washington, DC 20024
(202) 783-5070
lwzhang@fr.com

**ATTORNEYS FOR PLAINTIFFS
HID GLOBAL CORPORATION AND ASSA
ABLOY AB**