# Exhibit 5

# SHERIDAN ROSS

*A Professional Corporation*
ATTORNEYS AND COUNSELORS AT LAW

1560 BROADWAY
SUITE 1200
DENVER, COLORADO 80202-5141

TELEPHONE (303) 863-9700
FACSIMILE (303) 863-0223
E-MAIL srlaw@sheridanross.com

TODD P. BLAKELY
GARY J. CONNELL
SABRINA C. STAVISH
JOSEPH E. KOVARIK
SUSAN PRYOR WILLSON
LEWIS D. HANSEN
ROBERT R. BRUNELLI
DOUGLAS W. SWARTZ
BRUCE A. KUGLER
BRENT P. JOHNSON
BENJAMIN B. LIEB
BRADLEY M. KNEPPER
MIRIAM DRICKMAN TRUDELL
ROBERT D. TRAVER, Ph.D.
CHRISTOPHER J. HUSSIN
MARK L. YASKANIN
MARY BREEN SMITH
CRAIG W. MUELLER
PAUL S. CHA
MARK W. SCOTT*
*IL Bar Only

PATENTS
TRADEMARKS
COPYRIGHTS

KERMITH F. ROSS
1910-1986

OF COUNSEL
PHILIP H. SHERIDAN
DAVID F. ZINGER
SCOTT R. BIALECKI

TECHNICAL SPECIALISTS
DENNIS J. DUPRAY, Ph.D.
ANGELA DALLAS SEBOR, Ph.D.
MATTHEW R. ELLSWORTH

September 2, 2005

Russ Weed, Esq.
General Counsel
GE Security
12345 Leveton Drive
Tualatin, OR 97423

russ.weed@ge.com

      Re:    XceedID
             Our File No. 2943-84

Dear Russ:

In view of the information learned at the August 11, 2005 meeting and after further deliberation, HID Corporation (HID) requests that GE Security (GES) cease making the XACTT product for XceedID.

REDACTED

Moreover, as generally discussed with you at the August 11 meeting, HID believes it is inappropriate for its business partner to assist a third party to compete directly against HID. REDACTED

Russ Weed, Esq.
September 2, 2005
Page 2


      HID values its business relationship with GES.  We hope that you agree that the continued support of XceedID for this product is in breach of the spirit and meaning of the agreement between HID and GES.  Accordingly, please advise whether or not GES will agree with HID's request to stop manufacturing the XACTT product.

      I look forward to speaking with you about this.


                Very truly yours,

                SHERIDAN ROSS P.C.


                Todd P. Blakely

TPB/lrb
c:    Mr. Tam Hulusi
      Mr. Pete Lowe
      Terry Jones, Esq.

J:\2943\-84\WEED901.wpd