# Exhibit 12

**From:** Mike Conlin <mikeconlin@wavelynxtech.com>
**Date:** Friday, July 8, 2016 at 3:08 PM
**To:** Daniel Bailin <dbailin@hidglobal.com>
**Cc:** "Currie, Steve" <SCurrie@hidglobal.com>, Hugo Wendling <hugowendling@wavelynxtech.com>
**Subject:** Re: HID WaveLynx License discussions

Hi Daniel,

When we spoke several weeks ago you said you would follow-up by the end of the following week with the requested list of IP that we would be licensing. You did not do that so I have tried to contact you twice by phone with both a text message and a call. You have not responded to any of these inquires.

Since these discussions have been ongoing for 7 months and HID has changed it's position several times your lack of response leaves me with no other conclusion then HID is not negotiating in good faith. WaveLynx remains interested in a license of legitimate HID IP but we can not proceed unless you engage in the discussion. At this point, this email will be my last communication with you personally unless you respond.

Thank you for your time.

Best regards,

**Mike Conlin**
*WaveLynx Technologies*
*www.wavelynxtech.com*
*tel 303 589 5623*


On Tue, May 31, 2016 at 9:33 AM, Mike Conlin <mikeconlin@wavelynxtech.com> wrote:
Hi Daniel,

Any update on this?

Thanks,

**Mike Conlin**
*WaveLynx Technologies*
*www.wavelynxtech.com*
*tel 303 589 5623*


On Mon, May 9, 2016 at 2:18 PM, Mike Conlin <mikeconlin@wavelynxtech.com> wrote:
Hi Daniel,

Thanks for your response.

I understand that after agreeing to the proposed terms in my email dated March 31st, 2016 that HID has decided to change its position and request a $6 fee for any readers that include 125 kHz prox.

In your last reply where HID changes it's position from $1 to $6 you state:

"We have an existing bundle of IP and trade secrets for HID prox which we provide to licensees. It includes a license to practice the '862 patent, use of the C1000 copyright for reading prox cards, and other trade secrets around HID prox technology, including existing and any future patents that provide the ability to read prox cards. It also includes a set of test cards to ensure that the readers can properly read and decode HID prox cards.   The package is provided for a fee of $6 per reader that supports reading prox cards. "

While I understand that the bundle includes a license to practice the '862 patent and use of the C1000 copyright for reading prox cards, I must admit I do not understand what you mean by "and other trade secrets around HID prox technology, including existing and any future patents that provide the ability to read prox cards."

Can you please elaborate in detail as to what the "other trade secrets around HID prox technology" are?  Please list the patents and trade secrets you are referring to.  We certainly are not willing to license anything that we don't understand in detail.

As I have stated to you several times along the way, WaveLynx currently does not recognize any valid HID IP in the area of prox that we would be infringing.  In other words, we have looked carefully at the definition of trade secrets as well as the requirements for bringing a trade secrets claim and we simply don't see anything there that we are aware of that would qualify as a prox trade secret.

Finally, I would like to say that WaveLynx does not need any "set of test cards to ensure that the readers can properly read and decode HID prox cards".  We have already completed to our satisfaction the implementation of HID prox in our prototype readers completely from information readily available in the public domain.  Frankly, this implementation is trivial for anyone with ordinary skill in the art from public domain sources.

Thank you for your time and I am looking forward to seeing the requested list of trade secrets and patents that you are referencing around prox.

Best regards,


**Mike Conlin**
*WaveLynx Technologies*
*www.wavelynxtech.com*
*tel 303 589 5623*


On Fri, Apr 29, 2016 at 11:28 AM, Daniel Bailin <dbailin@hidglobal.com> wrote:
Hi Mike,

Thank you for your patience as we've discussed your reply.  I'm afraid we are not going to be able to parse the license to fit your product offering.  We have an existing bundle of IP and trade secrets for HID prox which we provide to licensees.  It includes a license to practice the '862 patent, use of the C1000 copyright for reading prox cards, and other trade secrets around HID prox technology, including existing and any future patents that provide the ability to read prox cards.  It also includes a set of test cards to ensure that the readers can properly read and decode HID prox cards.   The package is provided for a fee of $6 per reader that supports reading prox cards.

We have multiple licensees who have taken a license to this bundle and hence we are not prepared to break it into separate components.  I realize this may not be what WaveLynx desires, but this enables us to provide a license that is simpler for both of us to manage.

Best regards,

Daniel

**Daniel Bailin**
Director Strategic Business Development and Innovation, PACS BU
Office: +1 512 776 9208 | Mobile: +1 303 717 9286
dbailin@hidglobal.com

251 Lead King Drive, Castle Rock, CO 801018 USA
www.hidglobal.com

**From:** Mike Conlin <mikeconlin@wavelynxtech.com>
**Date:** Thursday, April 14, 2016 at 1:16 PM
**To:** Daniel Bailin <dbailin@hidglobal.com>
**Cc:** Steve Currie <SCurrie@hidglobal.com>, Hugo Wendling <hugowendling@wavelynxtech.com>
**Subject:** Re: HID WaveLynx License discussions

Thank you Daniel,

We appreciate HID's agreement to these terms.  Please see my explanation below as to our interpretation of exactly what your offer means to our product offering:

1. Any reader that reads HID Prox will include a $1 fee for reading C1000 credentials
2. No HF only or HF/Bluetooth reader will require a $1 fee for reading C1000 credentials as we will  not have iClass or Seos compatibility.
3. Any LF/HF reader reader is subject to a $5 fee for the '862 license and a $1 for C1000 on the prox side.
4. LF/UHF readers that read HID prox will be subject to a $1 fee for reading C1000
5. HF/UHF readers shall be subject to no license fee whatsoever.

With respect to the USB reader, it is not intended to control access to doors.  This will only be used for logical access.  Based on this, we believe that only the C1000 license fee should apply when a USB reader reads HID prox.

Please confirm that you agree with the assumptions I have outlined here.

Best regards,
**Mike Conlin**
*WaveLynx Technologies*
*www.wavelynxtech.com*
*tel 303 589 5623*


On Tue, Apr 12, 2016 at 2:42 PM, Daniel Bailin <dbailin@hidglobal.com> wrote:
Hi Mike,

We can agree to providing a license for the '862 patent and C1000 use for a total of $6 as you suggest.  Thank you.
Note: As I mentioned in my earlier email, it is the '862 we are discussing, not the '935.

With regard to the wall mounted readers you are planning to bring to market this year, we assume that their field of use is for controlling access to doors when presented with a traditional RFID card and hence the same license would apply.

With regard to the USB devices you are planning to bring to market this year, the typical use case(s) for these devices is covered by the '862 patent as well as C1000 and hence would also require a license.

On a related topic, it appears that there are already USB devices in the market manufactured by WaveLynx for which the license also would apply (i.e., including for past sales).

Best regards,

Daniel

**Daniel Bailin**
Director Strategic Business Development and Innovation, PACS BU
Office: +1 512 776 9208 | Mobile: +1 303 717 9286
dbailin@hidglobal.com

251 Lead King Drive, Castle Rock, CO 801018 USA
www.hidglobal.com

**From:** Mike Conlin <mikeconlin@wavelynxtech.com>
**Date:** Thursday, March 31, 2016 at 3:13 PM
**To:** Daniel Bailin <dbailin@hidglobal.com>
**Cc:** Steve Currie <SCurrie@hidglobal.com>, Hugo Wendling <hugowendling@wavelynxtech.com>
**Subject:** Re: HID WaveLynx License discussions

Hi Daniel,

Thanks for your clarification on the oversight. I must admit that when it comes to litigation and my past experiences with HID, I am admittedly a bit sensitive and therefore cautious.

I understand that others have taken a license for Corporate 1000 but frankly $6 is unreasonably high for this. As I explained previously to you, we are not your typical licensees. Stated another way, we have spent a great deal of time doing legal research on both of these items and do believe that in the case of litigation we would prevail on both subjects.

Would HID be receptive to a license of $5 for the '935 and $1 for the Corporate 1000?

Also, so there is no ambiguity as to what WaveLynx intends to release to the market, I am listing the features of the readers that we are releasing this year, and how we see this potential license agreement applying:

- A family of wall mounted physical access readers (access readers) that feature a combination of Prox, 13.56 MHz (ISO14443, NFC, ISO15693, iClass UIDs), and Bluetooth. They will also feature wired connectivity such as Wiegand or bi-directional communication. The readers that feature both Prox card reads and 13.56 MHz card reads would fall under the '935 license. The readers that report Corporate 1000 Prox cards over a Wiegand output fall under the Corporate 1000 License.

- A family of desktop USB readers that feature a combination of Prox, 13.56 MHz (ISO14443, NFC, ISO15693, iClass UIDs), and Bluetooth. These readers would not fall under any licensing deal since they are not physical access readers.

Best regards,

**Mike Conlin**
*WaveLynx Technologies*
*www.wavelynxtech.com*
*tel 303 589 5623*


On Thu, Mar 31, 2016 at 7:42 AM, Daniel Bailin <dbailin@hidglobal.com> wrote:
Hello Mike,

First of all, thank you for your response. On the issue of the Corporate 1000 copyright, I apologize that I did not bring that up earlier. In fact, I did not realize that applied here until I began writing the offer in my last email. That was an oversight on my part. I hope you appreciate that we have been operating in good faith with you from the beginning and will continue to do so.

With regard to your proposal for a $0 license, I will share that we have several partners who have taken licenses on the terms we've offered below. Hence your offer is not something we can consider.

Best Regards,

Daniel

**Daniel Bailin**
Director Strategic Business Development and Innovation, PACS BU
Office: +1 512 776 9208 | Mobile: +1 303 717 9286
dbailin@hidglobal.com

251 Lead King Drive, Castle Rock, CO 801018 USA
www.hidglobal.com

**From:** Mike Conlin <mikeconlin@wavelynxtech.com>
**Date:** Thursday, March 24, 2016 at 3:50 PM
**To:** Daniel Bailin <dbailin@hidglobal.com>
**Cc:** Steve Currie <SCurrie@hidglobal.com>, Hugo Wendling <hugowendling@wavelynxtech.com>
**Subject:** Re: HID WaveLynx License discussions

Hi Daniel,

Thank you for extending this licensing offer to WaveLynx. I am pleased with your offer to license the '862 patent.

With respect to your Corporate 1000 offer, however, I must admit I am a bit confused and think we will need some further discussion on this point. These licensing discussions have been ongoing for several months and this is the first time this topic has been broached by HID. I do, however, remember that along the way you mentioned potential IP in the area of multiple RF protocols within the same frequency (i.e FSK & ASK at 125 kHz). Why have you not included any mention of that in this offer?

Honestly Dan, this response makes me a bit nervous that HID is not negotiating in good faith here. Please remember in my last email to you, I specifically mentioned that WaveLynx was interested in avoiding any legal conflicts with HID. Unless you license all of the IP relevant to prox and multi-frequency readers then this agreement still leaves WaveLynx open to potential claims from HID at a future date.

On the subject of Corporate 1000, let me say that WaveLynx does not recognize that HID holds any legitimate IP there. That was included in my previous statement that WaveLynx' position was we were unaware of any HID IP protecting 125 kHz. I am aware that HID has attempted to protect Corporate 1000 through the use of copyright laws. Let me just say that the principles of WaveLynx have spent a considerable amount of time studying this and we are quite comfortable with our position that no court would ever award HID a victory when attempting to prosecute this concept.

Having said that, in the spirit of cooperation and in an attempt to give something and allow a win win in this discussion, WaveLynx would be willing to consider taking a license. This license would have to be for Corporate 1000 as well as any other of HID's potential IP for 125 kHz or multi-frequency readers at a cost of $0 per reader. This would allow HID to make a press release to the public stating that WaveLynx has licensed HID IP. This could provide HID with the benefit of the market's perception that there actually was legitimate IP there. Please keep in mind that an endorsement of HID's "IP" from WaveLynx would certainly hold a lot of clout in the marketplace.

Please let me know your response to this email at your earliest convenience.

Thanks Daniel,

Best Regards,
Mike


**Mike Conlin**
*WaveLynx Technologies*
*www.wavelynxtech.com*
*tel 303 589 5623*


On Tue, Mar 22, 2016 at 8:04 AM, Daniel Bailin <dbailin@hidglobal.com> wrote:
Hi Mike,

We would like to extend an offer to WaveLynx to license the use of HID IP related to RFID readers. The IP would comprise the following:
- Use of 862 patent for multi-frequency readers
- Use of Corporate 1000 (C1000) format when reading cards with that format

We have previously discussed the 935 patent. However, it expires in a few months so have not included it.

The fee for use of the IP would be $6 per reader. I expect you will have some further questions about details, and we're happy to discuss them. But first, we would like to verify that, in principle, this model would be acceptable to WaveLynx.

I've added my colleague, Steve Currie, who manages our embedded solutions business as his team manages our licensing activities. However, in the near term, I will continue to be your main point of contact.

We look forward to your reply.

Best regards,

Daniel

**Daniel Bailin**
Director Strategic Business Development and Innovation, PACS BU
Office: +1 512 776 9208 | Mobile: +1 303 717 9286
dbailin@hidglobal.com

<image002.png>

251 Lead King Drive, Castle Rock, CO 801018 USA
www.hidglobal.com

---

**From:** Mike Conlin <mikeconlin@wavelynxtech.com>
**Date:** Monday, March 21, 2016 at 2:51 PM
**To:** Daniel Bailin <dbailin@hidglobal.com>
**Subject:** Re: HID WaveLynx License discussions

Hi Daniel,

Any progress?

Thanks,

**Mike Conlin**
*WaveLynx Technologies*
*www.wavelynxtech.com*
*tel 303 589 5623*

On Wed, Mar 16, 2016 at 2:24 PM, Daniel Bailin <dbailin@hidglobal.com> wrote:
Hi Mike,

I have an internal call this evening to discuss.

Daniel

**Daniel Bailin**
Director Strategic Business Development and Innovation, PACS BU
Office: +1 512 776 9208 | Mobile: +1 303 717 9286
dbailin@hidglobal.com

<image002.png>

251 Lead King Drive, Castle Rock, CO 801018 USA
www.hidglobal.com

**From:** Mike Conlin <mikeconlin@wavelynxtech.com>
**Date:** Wednesday, March 16, 2016 at 1:52 PM
**To:** Daniel Bailin <dbailin@hidglobal.com>
**Subject:** Re: Automatic reply: HID WaveLynx License discussions

Hi Daniel,

Can you please put me in touch with the right person to discuss licensing the appropriate IP around LF & HF combined readers?

Thanks,

**Mike Conlin**
*WaveLynx Technologies*
www.wavelynxtech.com
tel 303 589 5623


On Thu, Mar 10, 2016 at 3:41 PM, Daniel Bailin <dbailin@hidglobal.com> wrote:
I am out of the country this week on business travel.  Please excuse my delayed response.