# Exhibit 14

| | |
|---|---|
| 1 | Michael T. Hornak (State Bar No. 81936) |
| | email: mhornak@rutan.com |
| 2 | Ronald P. Oines (State Bar No. 145016) |
| | email: roines@rutan.com |
| 3 | Bradley A. Chapin (State Bar No. 232885) |
| | email: bchapin@rutan.com |
| 4 | Timothy Spivey (State Bar No. 269084) |
| | tspivey@rutan.com |
| 5 | RUTAN & TUCKER, LLP |
| | 611 Anton Boulevard, Fourteenth Floor |
| 6 | Costa Mesa, California 92626-1931 |
| | Telephone: 714-641-5100 |
| 7 | Facsimile: 714-546-9035 |
| 8 | Attorneys for Plaintiffs, HID GLOBAL |
| | CORPORATION, ASSA ABLOY AB and |
| 9 | DESTRON FEARING CORPORATION |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| HID GLOBAL CORPORATION, etc., et al., | | Case No. SACV 10-01954 JVS (RNBx) |
| | Plaintiffs, | **DECLARATION OF RONALD P. OINES PURSUANT TO COURT'S INSTRUCTION IN MARCH 21, 2012 ORDER** |
| vs. | | |
| FARPOINTE DATA, INC., etc., et al., | | |
| | Defendants. | |
| AND RELATED COUNTERCLAIM | | |

DECLARATION OF RONALD P. OINES

2118/025100-0015
3156073.1 a03/29/12

# DECLARATION OF RONALD OINES

I, Ronald Oines, declare as follows:

1. I am a partner with the law firm of Rutan & Tucker, LLP, counsel of record for Plaintiffs HID Global Corporation ("HID"), Assa Abloy AB, and Destron Fearing Corporation (collectively "Plaintiffs") in this action. I am a member in good standing of the State Bar of California, and am admitted to practice before this Court. I make this Declaration in response to the Court's March 21, 2012 Order. In its Order, with respect to certain documents that HID shredded, the Court instructed HID to disclose when the documents were shredded, who shredded them, what was shredded (with as much particularity as possible), and at whose direction the documents were shredded. I have personal knowledge of the facts set forth in this Declaration, and if called as a witness, could and would testify competently to such facts under oath.

2. HID is submitting herewith a Declaration from Mari Jo Crouse of HID, which responds to the specific questions the Court instructed HID to address. In Ms. Crouse's Declaration, she indicates that on February 22, 2011, HID and its counsel reviewed the contents of the eight boxes of documents referred to in her Declaration. She is referring to me when she says "HID's counsel." On February 22, 2011, I reviewed the contents of these boxes with Michael Davis, another HID employee. Mr. Davis and I found nothing in these boxes relating to the invention of the '862 Patent or otherwise relevant to the issues in this lawsuit. It was not even clear to me that these boxes had anything whatsoever to do with Ralph Quan.

3. On or about January 19, 2012, I contacted HID to let them know that Farpointe's counsel wanted to review the contents of the eight boxes I had previously reviewed. At that time, I learned that HID had destroyed certain documents in those boxes, as part of a broader document management effort, and that the contents in the original eight boxes pulled from storage had been

consolidated into four boxes. Those four boxes were made available to Farpointe for review.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 29th day of March, 2012, at Costa Mesa, California.

_____
Ronald Oines