# Exhibit 16

Michael T. Hornak (State Bar No. 81936)
email: mhornak@rutan.com
Ronald P. Oines (State Bar No. 145016)
email: roines@rutan.com
Bradley A. Chapin (State Bar No. 232885)
email: bchapin@rutan.com
Timothy Spivey (State Bar No. 269084)
tspivey@rutan.com
RUTAN & TUCKER, LLP
611 Anton Boulevard, Fourteenth Floor
Costa Mesa, California 92626-1931
Telephone: 714-641-5100
Facsimile: 714-546-9035

Attorneys for Plaintiffs, HID GLOBAL CORPORATION, ASSA ABLOY AB and DESTRON FEARING CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| HID GLOBAL CORPORATION, etc., et al.,<br><br>  Plaintiffs,<br><br> vs.<br><br>FARPOINTE DATA, INC., etc., et al.,<br><br>  Defendants.<br><br>AND RELATED COUNTERCLAIM | Case No. SACV 10-01954 JVS (RNBx)<br><br>**SUPPLEMENTAL DECLARATION OF MARI JO CROUSE PURSUANT TO COURT'S MARCH 21, 2012 ORDER** |

DECLARATION OF MARI JO CROUSE

2118/025100-0015
3220717.1 a04/05/12

## SUPPLEMENTAL DECLARATION OF MARI JO CROUSE

I, Mari Jo Crouse, declare as follows:

1. I am a Human Resources Representative at HID Global Corporation ("HID"). I have personal knowledge of the facts set forth in this Declaration, and if called as a witness, could and would testify competently to such facts under oath.

2. On March 29, 2012, I signed a Declaration in this matter. As I stated in that Declaration, HID retrieved from long term storage four boxes that had been identified on an inventory list as being related to Mr. Quan, plus two boxes listed before and two boxes listed after the four boxes identified as related to Mr. Quan.

3. In my March 29, 2012 Declaration, I stated that in approximately October, 2011, David Andresky had reviewed the eight boxes of documents that had been retrieved from long term storage. However, since my March 29, 2012 Declaration, Mr. Andresky has reminded me that he reviewed only the four boxes that had been identified as relating to Mr. Quan; he did not review the other four boxes that had been retrieved with the boxes relating to Mr. Quan. I personally reviewed the other four boxes that had been pulled with the Quan boxes, and the only items I pulled to be sent for shredding were travel related and other expense documents, none of which related to or concerned Ralph Quan. I had thought Mr. Andresky also reviewed the other four boxes after I did, but he has informed me he did not. I wish to bring this to the Court's attention because my March 29, 2012 Declaration was mistaken on that point.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 5 day of April, 2012, in Westminster, Colorado.

_____
Mari Jo Crouse