# Exhibit 17

Michael T. Hornak (State Bar No. 81936)
email: mhornak@rutan.com
Ronald P. Oines (State Bar No. 145016)
email: roines@rutan.com
Bradley A. Chapin (State Bar No. 232885)
email: bchapin@rutan.com
Timothy Spivey (State Bar No. 269084)
tspivey@rutan.com
RUTAN & TUCKER, LLP
611 Anton Boulevard, Fourteenth Floor
Costa Mesa, California 92626-1931
Telephone: 714-641-5100
Facsimile: 714-546-9035

Attorneys for Plaintiffs, HID GLOBAL
CORPORATION, ASSA ABLOY AB and
DESTRON FEARING CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| HID GLOBAL CORPORATION, etc., et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>FARPOINTE DATA, INC., etc., et al.,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM | Case No. SACV 10-01954 JVS (RNBx)<br><br>**DECLARATION OF DAVID ANDRESKY PURSUANT TO COURT'S MARCH 21, 2012 ORDER** |

# DECLARATION OF DAVID ANDRESKY

I, David Andresky, declare as follows:

1. I am Sr. Director of Product Engineering and Development at HID Global Corporation ("HID"). I have personal knowledge of the facts set forth in this Declaration, and if called as a witness, could and would testify competently to such facts under oath.

2. In approximately October, 2011, at the request of Mari Jo Crouse, I reviewed the contents of four boxes of documents at HID's facility in Colorado. I understand these four boxes had been pulled from long term storage and had been identified on an inventory list as relating to Ralph Quan, a former HID employee. When the Quan boxes were retrieved, HID also retrieved two boxes listed before and two boxes listed after the Quan boxes on the inventory list. Thus, a total of eight boxes were in the room when I did my review of the documents. However, as stated above, I reviewed only the four boxes that were related to Mr. Quan. To the best of my recollection, the only items that I identified from these boxes to be sent to be destroyed consisted of approximately three or four evaluation boards for evaluating integrated circuits, empty anti-static packaging, vendor part catalogs, and data sheets for integrated circuits. No one other than Ms. Crouse asked me to review these boxes or to send any items from these boxes to be destroyed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 5 day of April, 2012, in Westminster, Colorado.

_David Andresky_

DECLARATION OF DAVID ANDRESKY

2118/025100-0015
3213165.1 a04/05/12

-1-