# Exhibit 18



**Mike Conlin** · 1st
Chief Operating Officer at WaveLynx Technologies Corporation

---
OCT 25, 2016



**Mike Conlin** · 7:02 AM

Hi Ralph,

I hope you are well. I was reviewing US patent #



**Mike Conlin** · 7:05 AM

#7,439,862 and saw that you are the author. I must admit I was a bit surprised that this patent ever issued. I am struggling to understand what the utility of this patent is and thought that perhaps you could explain this to me?



**Mike Conlin** · 7:07 AM

Thanks, Mike Conlin

Write a message...