# Exhibit 21

# HID® 13.56 MHz Contactless Technology "How to Order" Guide

**D00529, Release B.8**
**September 9, 2008**

The most current version of this document is always available for download at:
*www.hidcorp.com/support*

To check status on your order, go to:
*www.hidcorp.com/order*
to register

This document is subject to change without notice

**13.56 MHz How to Order Guide – D00529, B.8**



## Contents

**Overview** ........................................................................................................................................................... 3
   13.56 MHz Reader ........................................................................................................................................ 4
   iCLASS Credentials ...................................................................................................................................... 8

**Basics of Ordering iCLASS Contactless Smart Credentials** ............................................................................. 9

**Credentials** ........................................................................................................................................................ 10
   200/210 - iCLASS Card Ordering Guide ...................................................................................................... 10
   201/211 - iCLASS embeddable Card Ordering Guide................................................................................. 11
   202/212 - Combination Card (iCLASS / Prox) Ordering Guide..................................................................... 12
   203/213 - Combination (iCLASS Prox) embeddable Ordering Guide........................................................... 13
   204 - iCLASS Wiegand Card Ordering Guide .............................................................................................. 15
   205 - iCLASS Key Ordering Guide ............................................................................................................... 16
   206 - iCLASS Tag Ordering Guide ............................................................................................................... 17
   207 - iCLASS eUnit Ordering Guide ............................................................................................................ 18
   208 - iCLASS Clamshell Card Ordering Guide ............................................................................................ 19
   1430/1440/1436/1446 – MIFARE® Card Ordering Guide............................................................................. 20
   1431/1441/1437/1447–Combination (MIFARE®/Prox) Card Ordering Guide............................................... 21
   1434/1444 – MIFARE® Keyfob Ordering Guide .......................................................................................... 22
   1435/1445 – MIFARE® Adhesive Tag Ordering Guide................................................................................. 23
   1450/1456 – DESFire® Card Ordering Form Guide .................................................................................... 24
   1451/1457 – Combination (DESFire® / PROX) Card Ordering Guide.......................................................... 25
   1454 – DESFire® Keyfob Ordering Guide ................................................................................................... 26
   1455 - DESFire® Adhesive Tag Ordering Guide ......................................................................................... 27
   FlexSmart to HID Credential Cross Reference ........................................................................................... 28

**Contact Smart Card Request For Quotation** ..................................................................................................29

**Custom Credentials** ........................................................................................................................................ 31
   Artwork Checklist......................................................................................................................................... 31
   Electronic Artwork Checklist ......................................................................................................................... 32
   Anti-Counterfeiting Descriptions .................................................................................................................. 33
   Custom Card Artwork Placement and Inkjet Location Guides...................................................................... 34
   Tag Credentials ........................................................................................................................................... 35
   Clamshell Cards .......................................................................................................................................... 36

**iCLASS Readers** .............................................................................................................................................. 37
   Read-Only Reader Part Numbers and Options ........................................................................................... 37
   multiCLASS™ Read-Only Reader Part Numbers and Options ................................................................... 38
   Read/Write Reader Part Numbers and Options ......................................................................................... 39
   iCLASS/multiCLASS Transit Reader Part Numbers and Options ............................................................... 40
   HADP/OSDP iCLASS Readers ................................................................................................................... 41
   bioCLASS Read and Read/Write biometric Reader Part Numbers and Options ......................................... 42
   iCLASS OEM50 Module Part Numbers and Options .................................................................................. 43
   iCLASS OEM75 Module Part Numbers ...................................................................................................... 44
   iCLASS OEM75 Antenna Part Numbers..................................................................................................... 45
   iCLASS OEM75 Accessory Part Numbers.................................................................................................. 46
   iCLASS & multiCLASS OEM 150 Module Part Numbers and Options ....................................................... 47
   Expansion Modules for Communication and Proximity Card Support ......................................................... 48
   Reader Wiegand Output Configuration Guide............................................................................................. 49
   Programmer Ordering Guide ....................................................................................................................... 50

**SmartID Readers** ............................................................................................................................................. 51
   SmartID Single-Technology 13.56MHz Readers Part Numbers and Options – GEN 2 ............................... 51
   SmartTRANS Multi-Technology Readers Part Numbers and Options – GEN 2 .......................................... 52
   SmartTOUCH Biometric Readers Part Numbers and Options - GEN 1 ...................................................... 52
   SmartTOOLS Card Programming Software and Devices Part Numbers and Options................................ 53
   SmartID Single-Technology Reader Part Numbers and Options - GEN 1 ................................................... 54
   SmartTRANS Multi-Technology Reader Part Numbers and Options - GEN 1 ............................................ 54
   SmartID Desktop Reader/Writer Part Numbers and Options - GEN 1......................................................... 54
   SmartID Reader Cross Reference .............................................................................................................. 55
   SmartID® Custom Format MIFARE® or DESFire® Reader Ordering Guide .............................................. 57

**FlexSmart Readers** ......................................................................................................................................... 59
   FlexSmart® Reader Part Numbers and Options......................................................................................... 59
   MIFARE® Reader Wiegand Output Configuration....................................................................................... 60
   Custom Format MIFARE® or DESFire® Reader Ordering Guide................................................................ 61
   MIFARE® Programmer/Developer Kit Ordering Guide ............................................................................... 62

**Edge Readers** .................................................................................................................................................. 63
   Edge™ Solo Part Numbers and Options .................................................................................................... 63
   Edge™ Solo Kit Part Numbers and Options................................................................................................ 64

**13.56 MHz Accessories** .................................................................................................................................. 66

**Corporate 1000™ Format Request & Authorization Form** ............................................................................. 68

**iCLASS Elite Program™ Request & Authorization Form** ...............................................................................70



**13.56 MHz How to Order Guide – D00529, B.8**

### HADP/OSDP iCLASS Readers

| Card Reader Description | Base Part No | Current Rev No* | Color Options | Hardware Options [7] | Configuration Settings Options | iCLASS Security | MIFARE CSN | Keypad Configuration | Optional US Government (FIPS201) | Optional Custom |
|---|---|---|---|---|---|---|---|---|---|---|
| iCLASS R15 Contactless Smart Card Reader HADP/OSDP Enabled Mullion Mount Read-Only, RoHS Compliant | 6142 | A | G = Charcoal Gray K = Black | P = Terminal Strip with HADP/OSDP (RS485) Module | 00 01 02 03 04 05 06 07 | 0 1 P Q | 0 1 2 3 4 5 6 Z ------------ 7 8 9 A C D F G H I J | For keypad readers only | N/A ------------ -G3.0 | -XXXXY |
| iCLASS R30 Contactless Smart Card Reader HADP/OSDP Enabled European and Asian Back Box Mount Read-Only, RoHS Compliant | 6112 | B | G = Charcoal Gray K = Black | P = Terminal Strip with HADP/OSDP (RS485) Module | 00 01 02 03 04 05 06 07 | 0 1 P Q | 0 1 2 3 4 5 6 Z ------------ 7 8 9 A C D F G H I J | For keypad readers only | N/A ------------ -G3.0 | -XXXXY |
| iCLASS R40 Contactless Smart Card Reader HADP/OSDP Enabled US, European and Asian Back Box Mount Read-Only, RoHS Compliant | 6122 | B | G = Charcoal Gray K = Black | P = Terminal Strip with HADP/OSDP (RS485) Module | 00 01 02 03 04 05 06 07 | 0 1 P Q | 0 1 2 3 4 5 6 Z ------------ 7 8 9 A C D F G H I J | For keypad readers only | N/A ------------ -G3.0 | -XXXXY |
| iCLASS RK40 Contactless Smart Card Keypad Reader HADP/OSDP Enabled US, European and Asian Back Box Mount Read-Only, RoHS Compliant | 6132 | B | G = Charcoal Gray K = Black | P = Terminal Strip with HADP/OSDP (RS485) Module | 00 01 02 03 04 05 06 07 | 0 1 P Q | 0 1 2 3 4 5 6 Z ------------ 7 8 9 A C D F G H I J | 00 09 10 11 14 19 22 | N/A ------------ -G3.0 | -XXXXY |
| iCLASS RKL55 Contactless Smart Card LCD/Keypad Reader HADP/OSDP Enabled US, European and Asian Back Box Mount Read-Only, RoHS Compliant | 6172 | B | G = Charcoal Gray K = Black | P = Terminal Strip with HADP/OSDP (RS485) Module | 00 01 02 03 04 05 06 07 | 0 1 P Q | 0 1 2 3 4 5 6 Z ------------ 7 8 9 A C D F G H I J | 00 09 10 11 14 19 22 | N/A ------------ -G3.0 | -XXXXY |

*Revision numbers and availability are subject to change without notice. Consult factory for availability.
[1] Configuration Setting Options are as follows (Factory or Field Configurable):
  00 = Beep on, LED normally red, reader flashes green on tag read      03 = Beep off, LED normally off, reader flashes green on tag read      06 = Beep on, LED normally off, host must flash red and/or green
  01 = Beep off, LED normally red, reader flashes green on tag read      04 = Beep on, LED normally red, host must flash green      07 = Beep off, LED normally off, host must flash red and/or green
  02 = Beep on, LED normally off, reader flashes green on tag read      05 = Beep off, LED normally red, host must flash green
[2] iCLASS Security Options (Factory or Field Configurable): See Application Note Number 28 for additional information on Key Management.
  0 = Standard (Reads all iCLASS cards with unique keys diversified from HID master key)
  1 = Elite Key (Reads only iCLASS cards with unique keys diversified from matching site specific master key; consult factory for availability)
  P = Standard with OSDP Tamper enabled
  Q = Elite with OSDP Tamper enabled
[3] MIFARE Card Serial Number (CSN) Wiegand Output Modes are as follows (Factory or Field Configurable): Refer to the "iCLASS Reader Wiegand Output Configuration Guide" for more details.
  0 = 32 bit      1 = 32 bit reverse (Same as 6055A and 6055BXX0011)      2 = 26 bit      3 = 34 bit      4 = 40 bit      5 = 37 bit      6 = 56 bit      Z = CSN Suppressed
[4] FIPS201 (USA Government Smart Card) Formats:
  7 = 200 bit,   8 = 64 bit, MSB,   9 = 64 bit, LSB,   A = 40 bit, MSB,   C = 40 bit, LSB,   D = 75 bit GSA,   F = HMAC + 200 bit,   G = HMAC + 40 bit MSB,   H = HMAC + 64 bit MSB,   I = 80 bit combined,   J = 32 bit HMAC
For more information on the FIPS201 outputs, please refer to the output selection guide: http://www.hidcorp.com/pdfs/products/fips201_technote.pdf
       (For additional outputs, expiration date, GUID, TWIC please contact HID for a Command Card).
[5] Keypad data is output via Wiegand cable.  Reader processes keystrokes.  Configuration Setting options:
  00 = Buffer one key, no parity, 4 bit message          09 = Buffer one key, add compliment, 8 bit message (Dorado)          10 = Buffer six keys and add parity
  11 = Buffer one key and add parity          14 = Buffer one to five keys (Standard 26 bit output)          19 = Buffer four keys and add parity
  22 = Local PIN Verify.  Requires User PIN code to be programmed into the iCLASS Credential at the factory or by using the iCLASS Card Programmer (please consult factory for availability.)
[6] Contact Factory for pricing, availability, and minimum order quantity.
[7] The HADP/OSDP communication modules allow host driven communication using HADP (HID Advanced Device Protocol) / OSDP (Open Supervised Device Protocol) over an RS485 (Half-Duplex) hardware interface.
Readers that are RoHS compliant (RoHS = Restriction of the use of certain hazardous substances in electrical and electronic equipment) will be appropriately marked on reader and box.