# Exhibit 22



# 13.56 MHz Physical Access Contactless Technology How to Order Guide

**D00529, Release E.5**
**January 2014**

The most current version of this document is available for download at:
http://www.hidglobal.com/documents/1356mhz_htog_en.pdf

To check order status go to:
http://www.hidglobal.com > Knowledge Center > Customer Support > Customer Order Status.

For Contact cards, 3rd Party Contact-Chips and embeddable cards with or without contact chip,
see the Logical Access How to Order Guide.

For Embedded products, see the Embedded How to Order Guide.

HID, HID Global, iCLASS, SmartID, OEM75, FlexSmart, Fargo, OMNIKEY and eProx are the trademarks or registered trademarks of HID Global Corporation, or its licensors, in the U.S. and other countries.

MIFARE, MIFARE DESFire and MIFARE DESFire EV1 are trademarks or registered trademarks of NXP B.V. and are used under license.
LEGIC is a registered trademark of LEGIC Identsystems AG.

This document is subject to change without notice.



13.56 MHz How To Order Guide – D00529, E.5

**Document History**

| Date | Author | Description | Version |
|---|---|---|---|
| 01/15/14 | SA | Add option for MIFARE Classic with reversed MIFARE CSN to mark in decimal (option Z added)<br>Add option H (Horizontal) for MIFARE Classic 1K and 4K Credentials. | E.5 |
| 11/19/13 | SA | Removed Wiegand card (pn=204),<br>Add options for Clamshell with 16k-bit, 32k-bit options<br>Added the iCLASS Elite Change Form and updated the iCLASS Elite/Custom Format Request Form<br>Added Horizontal punch – 202/212 Card. Added option X and W for MIFARE CSN marking (laser engraved)<br>Add LEGIC card options as well as MIFARE DESFire EV1 key fob and Tags<br>Re-integrate option B for slottable card for 200/210 | E.4 |
| 2/5/13 | DD / SA | Added Card Packs and removed the S Programming versions for the 202/212 cards. The 1435 MIFARE Adhesive tag image has changed. | E.3 |
| 11/28/12 | SA / MB | Added references to MIFARE DESFire EV1 & iCLASS 32k /HITAG1, iCLASS 32k/HITAG2<br>Removed references to MIFARE DESFire 0.6<br>Added MIFARE Classic + DESFire EV1 combination | E.2 |
| 6/25/12 | SA / DD | Add references to MIFARE DESFire combination card.  Updated the Corporate 1000 form to include new Table 1 Heading Description. Update to multiCLASS with EM4102 page, correcting MIFARE CSN & EM4102 options. | E.1 |
| 2/16/12 | SA | Update description for 232/242 and 252/262 | E.0 |
| 1/24/11 | SA | Updated 1450/1456 and 1451/1457 adding note regarding 4K memory size | D.9 |
| 9/26/11 | DD, SA | Added<br>HADP Configurations<br>23 = Buffer one to 11 Keys for Keypad Readers<br>Universal Power Supply – Indala ProxSmith<br>iCLASS SE (SIO-Enabled) Card Overview Changed<br>RK40 & RPK40 from Rev B to C<br>232/242 iCLASS / Other HF Combination Card<br>256/262 iCLASS / Other 13.56MHz / Prox Combination Card<br>Credentials option page refinements<br>Removed<br>Alternate configuration options (MIFARE DESFire) | D.8 |
| 4/29/11 | DN | Added Programming Platform Ordering Guide, removed 2210-0305 Magnetic Read Head Replacement from Accessories | D.7 |
| 02/23/11 | DD, LD, KB | Added<br>- 232, 242, 252 and 262 Combination Cards<br>- EV1 / MIFARE readers<br>- Removed references to HADP<br>- RPK40 – changed from Rev A to C<br>- Added 6220 / 6225 (RM40/RMP40) readers<br>- High Frequency Migration Readers – added alternative configuration options<br>- iCLASS / multiCLASS Rijkspas Compliant Read-Only and OSDP Readers<br>- Reader Wiegand Output – Changed model numbers<br>- Removed SmartTOUCH Biometric Readers<br>- Removed MIFARE Reader Wiegand<br>- EdgeReader Solo ESR40 – changed from Rev A to B<br>- 13.56 MHz Accessories | D.6 |
| 11/17/10 | DD, LD | - multiCLASS US Government FIPS201 w/Magstripe Ordering Page – added non-G3.0 Wiegand options. Changed RPK40 – FIPS201 from B to A revision. | D.5 |
| 10/26/10 | DD | - EM4102 Format – update footnotes 3 and 4<br>- multiCLASS Magstripe Ordering Page<br>- multiCLASS US Government FIPS201 w/Magstripe Ordering Page | D.4 |
| 09/07/10 | DD | Revised MIFARE DESFire EV1 Ordering | D.3 |



**13.56 MHz How to Order Guide – D00529, E.5**

# Contents

**Overview** ................................................................................................................................................................ **5**
    iCLASS Reader Identifiers ............................................................................................................................................ 5
    SmartID Reader Identifiers .......................................................................................................................................... 5
    13.56 MHz Reader ...................................................................................................................................................... 6
    iCLASS Credentials ...................................................................................................................................................... 8

**Basics of Ordering iCLASS Contactless Smart Credentials** ................................................................... **9**

**Credentials** ......................................................................................................................................................... **10**
    200/210 - iCLASS Card Ordering Guide ................................................................................................................. 10
    202/212 - Combination Card (iCLASS/Prox) Ordering Guide ................................................................................... 11
    205 - iCLASS Key Ordering Guide ........................................................................................................................... 13
    206 - iCLASS Tag Ordering Guide ........................................................................................................................... 14
    208 - iCLASS Clamshell Card Ordering Guide ......................................................................................................... 15
    232/242 - iCLASS/Other HF 13.56 MHz - Combination Card Ordering Guide ......................................................... 16
    252/262 - iCLASS/Other 13.56MHz/Prox - Combination Card Ordering Guide ....................................................... 18
    272/282 - MIFARE Classic/DESFire EV1 - Combination Card Ordering Guide ........................................................ 20
    1430/1440/1436/1446 - MIFARE Card Ordering Guide ........................................................................................ 21
    1431/1441/1437/1447 - Combination (MIFARE/Prox) Card Ordering Guide ........................................................ 22
    1434/1444 - MIFARE Keyfob Ordering Guide ........................................................................................................ 24
    1435/1445 - MIFARE Adhesive Tag Ordering Guide ............................................................................................... 25
    1450/1456 - MIFARE DESFire EV1 Card Ordering Form Guide ............................................................................... 26
    1451/1457 - Combination (MIFARE DESFire EV1 Solution/PROX) Card Ordering Guide ........................................ 27
    1454 - MIFARE DESFire EV1 Key Fob Ordering Guide ............................................................................................ 29
    1455 - MIFARE DESFire EV1 Adhesive Tag Ordering Guide .................................................................................... 30
    155/165 - LEGIC Card Ordering Form Guide .......................................................................................................... 31
    175/185 - Combination (LEGIC/ PROX) Card Ordering Guide ................................................................................ 32
    FlexSmart to HID Credential Cross Reference ......................................................................................................... 33

**Custom Credentials** ......................................................................................................................................... **34**
    Artwork Checklist ..................................................................................................................................................... 34
    Electronic Artwork Checklist .................................................................................................................................... 35
        *File Submission & Preparation* ............................................................................................................................ *35*
    Anti-Counterfeiting Descriptions ............................................................................................................................. 36
        *Printing Types* .................................................................................................................................................... *36*
    Custom Card Artwork Placement and Inkjet Location Guides ................................................................................ 37
    Tag Credentials ........................................................................................................................................................ 38
    Clamshell Cards ...................................................................................................................................................... 39

**iCLASS Readers** ................................................................................................................................................. **40**
    iCLASS Read-Only Reader Part Numbers and Options ........................................................................................... 41
    multiCLASS with HID or Indala Prox Read-Only Reader Part Numbers and Options .............................................. 42
    multiCLASS Magstripe Read-Only Reader Part Numbers and Options ................................................................... 43
    multiCLASS with EM4102 Prox Read-Only Reader Part Numbers and Options ...................................................... 44
    iCLASS OSDP Reader Part Numbers and Options .................................................................................................. 45
    iCLASS Hi-O Enabled Reader Part Numbers and Options ...................................................................................... 46
    iCLASS Read/Write Reader Part Numbers and Options .......................................................................................... 47
    bioCLASS Reader/Enroller, Read-Only and Read/Write Biometric Reader Part Numbers & Options ..................... 48
    iCLASS US Government FIPS201 Compliant Read-Only Reader Part Numbers and Options ............................... 49
    multiCLASS US Government FIPS201 Compliant with HID/Indala Prox Read-Only Reader Part No. & Options ...50


multiCLASS US Government FIPS 201 Compliant with Magstripe Read-Only Reader Part No. & Options............51
iCLASS US Government FIPS 201 Read/Write Reader Part Numbers and Options ...............................................52
iCLASS US Government FIPS 201 Compliant OSDP Reader Part Numbers and Options....................................53
iCLASS / multiCLASS Transit Read-Only Reader Part Numbers and Options ......................................................54
iCLASS High Frequency Migration Readers ..........................................................................................................55
   *MIFARE DESFire EV1 and MIFARE Classic Compliant Read-Only Part Numbers and Options* ........................55
multiCLASS High Frequency Migration Readers ...................................................................................................56
   *MIFARE DESFire EV1 and MIFARE Classic Compliant Read-Only Part Numbers and Options* ........................56
iCLASS High Frequency Migration Readers - OSDP .............................................................................................57
   *MIFARE DESFire EV1 and MIFARE Classic Compliant OSDP Compliant Reader Part Numbers & Options* ....57
iCLASS / multiCLASS Rijkspas Compliant Read-Only and OSDP Reader Part Numbers and Options..................58
Reader Wiegand Output Configuration Guide ........................................................................................................59
iCLASS Programmer Ordering Guide .....................................................................................................................59

## SmartID Readers ............................................................................................................................................... 60
SmartID Single-Technology 13.56 MHz Readers Part Numbers & Options ...........................................................60
SmartTRANS Multi-Technology Readers Part Numbers and Options.....................................................................61
SmartTOOLS Card Programming Software & Devices Part Numbers & Options ..................................................61
SmartID Desktop Reader/Writer Part Numbers and Options ..................................................................................61
SmartID Reader Cross Reference ...........................................................................................................................62
   *GEN 1 and 2..........................................................................................................................................................62*
   *GEN 2 and FlexSmart ............................................................................................................................................63*
   *SmartID (GEN 2) and HID MIFARE .......................................................................................................................63*
SmartID MIFARE and MIFARE DESFire Reader Custom Format Request Form...................................................64

## FlexSmart Readers Part Numbers and Options (*Asia-Pacific Region Only*) ...................................... 66
Custom Format MIFARE or MIFARE DESFire Reader Ordering Guide..................................................................67

## Edge Readers ..................................................................................................................................................... 68
Edge Solo Part Numbers and Options ....................................................................................................................68
Edge Solo Kit Part Numbers and Options ...............................................................................................................69

## 13.56 MHz Accessories................................................................................................................................... 71

## iCLASS Programming Platform ................................................................................................................... 73
Configured iCLASS Credentials ..............................................................................................................................73
Encoder....................................................................................................................................................................73
Smart Card with Facility Code and Credential Credits ...........................................................................................73
iCLASS Programming Platform Ordering Guide .....................................................................................................74
Corporate 1000 Format Request & Authorization Form .........................................................................................75
iCLASS Elite Program Request & Authorization Form ...........................................................................................77
iCLASS Elite Program/Custom Format Change Form.............................................................................................79



**13.56 MHz How to Order Guide – D00529, E.5**

# 1454 - MIFARE DESFire EV1 Key Fob Ordering Guide

Ensure each required option has been checked with the appropriate choice to fulfill a completed order form.

| *Base Model* | ☒ | *1454 (MIFARE DESFire EV1 8K Key Fob)* |
|---|---|---|

***MIFARE DESFire EV1 Memory Size***
☒ **C** - 8K Bytes MIFARE DESFire EV1

***Programming (Check One)***
☐ **M** - Programmed, HID MIFARE [6] (Specify HID format, for example H10301).
☐ **N** - Non-Programmed (13.56 MHz).  Programming Information Not Required.
☐ **S** - Custom Programmed, Specify Programming Information.

***Front Packaging (Check One)***
☐ **S** - Standard HID Artwork
☐ **C** - Custom Artwork - Specify Custom Artwork Number[1]

***Back Packaging***
☐ **S -** Standard
☐ **C** - Custom Artwork - Specify Custom Artwork Number[1]

***Key Numbering[1] (Check One)***
☐ **N** - No External Card Numbering
☐ **W** - UID (CSN) HEX numbering only (Engraved): 7 bytes UID
☐ **X** - UID (CSN) decimal numbering only (Engraved): 7 bytes UID
☐ **C** - Random Internal/Non-Matching Sequential External (Laser Engraved)
☐ **A** - Sequential Matching Internal/External (Laser Engraved)
☐ **B** - Sequential Internal/Sequential Non-Matching External (Laser Engraved)

***Slot Punch[2]***
☒ **N** - None

***Enter your final Key options from check boxes above.***

| Final Part Number | 1454 | C |  |  |  |  | N |
|---|---|---|---|---|---|---|---|

**13.56 MHz Card Programming Information**

Bit Numbers _____ (*example: 26 bit*)
Format Number _____ (*example: H10301*)
Facility Code _____.
(Custom Formats) Site Code _____. City Code _____.
　　　　　　　　OEM Code _____.
Internal Card No. Start _____. Stop _____.
External Card No. Start _____. Stop _____.
Special Instructions: _____.

[1] The external key number is placed on the back of the key.
[2] Key Ring sold separately (Part Number: 57-0001-02).